UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CIJI T DAVIS,

    Plaintiff,

v.                                          Case No.:   2:24-cv-792-SPC-NPM

FLORIDA CANCER SPECIALISTS
& RESEARCH INSTITUTE, LLC,

    Defendant.
_____/

## OPINION AND ORDER

Before the Court is a review of the docket. A judge must disqualify if her "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). She must also disqualify in certain situations listed in § 455(b). And all doubts are "resolved in favor of recusal." *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001). Because the Court's immediate family member actively uses a doctor associated with Florida Cancer Specialists & Research Institute, LLC, a named Defendant, disqualification may be required. *See* 28 U.S.C. § 455(b). To avoid even the appearance of partiality or impropriety, the Court finds she must recuse herself. *See Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988).

Accordingly, it is now

**ORDERED:**

1. The Honorable Sheri Polster Chappell is **RECUSED** from this action.

2. The Clerk is **DIRECTED** to reassign this case to another United States District Judge in the Fort Myers Division.

**DONE** and **ORDERED** in Fort Myers, Florida on September 3, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record