UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:24-CV-00792-JLB-NPM

CIJI T. DAVIS,

    Plaintiff,

vs.

FLORIDA CANCER SPECIALISTS
& RESEARCH INSTITUTE, LLC,

    Defendant.
_____/

**<u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, Ciji T. Davis, and Defendant, Florida Cancer Specialists & Research Institute, LLC, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

Date: May 8, 2025.
  By:   */s/ Frank M. Malatesta*
     Frank M. Malatesta
     Fla. Bar No. 97080
     frank@malatestalawoffice.com
     Malatesta Law Office
     871 Venetia Bay Blvd. Suite 235
     Venice, Florida 34285
     Telephone (941) 256-3812
     *Attorneys for Plaintiff*

Respectfully submitted,
By:   */s/ Sarah M. Leon*
    Cathy M. Stutin
    Fla. Bar No. 865011
    cstutin@fisherphillips.com
    Sarah M. Leon
    Fla. Bar No. 1011028
    sleon@fisherphillips.com
    FISHER & PHILLIPS LLP
    201 East Las Olas Blvd. Suite 1700
    Fort Lauderdale, Florida 33301
    *Attorneys for Defendant*